UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS NAVARRO GARCIA,<br><br>    Petitioner,<br><br>  v.<br><br>HARRINGTON,<br><br>    Respondent. | No. CV 09-03408-VAP (VBK)<br><br>JUDGMENT |

    Pursuant to the Order Accepting and Adopting the Final Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

    **IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: March 18, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE